RECEIVED
IN LAKE CHARLES, LA

JUN 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JONATHAN CARRIER | CIVIL ACTION NO. 06-0406 |
| VS. | SECTION P |
| TERRY TERRELL, WARDEN | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's second and successive Application for Writ of *Habeas Corpus* be transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 15th day of June, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE